UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS GLENDON RYAN,
    Plaintiff,

v.

USA,
    Defendant.

Case No. 18-cv-01524-DMR

**ORDER TO SHOW CAUSE**

Plaintiff Douglas Glendon Ryan filed a motion for leave to file a first amended complaint on July 12, 2018. [Docket No. 20.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on July 26, 2018, but no such opposition has been received.

<u>The government is ordered to respond by August 8, 2018, and show cause for its failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). If the government files a statement of nonopposition to the motion, it shall also indicate whether its motion for judgment on the pleadings (Docket No. 17) should be denied as moot, as Plaintiff states in its August 2, 2018 filing. [Docket No. 28.] This order to show cause does not constitute permission to file a late opposition.

**IT IS SO ORDERED.**

Dated: August 2, 2018



Donna M. Ryu
Judge Donna M. Ryu
United States Magistrate Judge