DAVID L. ANDERSON (CABN 149604)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7017

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS GLENDON RYAN, | Case No. 4:18-cv-01524-DMR |
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

It is hereby stipulated by and between Plaintiff, Douglas Glendon Ryan, and Defendant, the United States of America, through its counsel, that this matter be dismissed with prejudice, each side to bear its own costs and attorney's fees.

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

_____
JOSHUA PARR
FOLEY & LARDNER LLP
Attorneys for Plaintiff

_____
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: Feb. 19, 2019

_____
DONNA M. RYU
United States Magistrate Judge